JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Defendants Sunrise Hospital and*
*Medical Center, LLC, including its Board of*
*Trustees, Susan Reisinger, M.D. and Katherine*
*Keeley, M.D., D.D.S.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NAVNEET SHARDA, M.D., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:16-cv-02233-JCM-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS SUNRISE HOSPITAL AND MEDICAL CENTER, LLC'S, SUSAN REISINGER, M.D.'S, AND KATHERINE KEELEY, M.D., D.D.S.'S DEADLINES TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**[First Request]** |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiff Navneet Sharda, M.D. ("Plaintiff") and Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees ("Sunrise Hospital"), Susan Reisinger, M.D. ("Dr. Reisinger"), and Katherine Keeley, M.D., D.D.S. ("Dr. Keeley") (collectively the "Sunrise Defendants") hereby stipulate and agree as follows:

1.      On November 15, 2016, Plaintiff filed his First Amended Complaint (ECF No. 11).

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

2.      Sunrise Hospital's response to the First Amended Complaint is currently due on December 2, 2016.

3.      Dr. Reisinger's response to the First Amended Complaint is currently due on December 8, 2016.

4.      Dr. Keeley's response to the First Amended Complaint is currently due on December 8, 2016.

5.      The Parties hereby stipulate to extend the time allowed for the Sunrise Defendants to file their response to the First Amended Complaint to December 16, 2016.  The reason for this request is to accommodate the schedules of counsel for the Sunrise Defendants.

Dated this 5th Day of December, 2016

BAILEY❖KENNEDY

By: /s/ John R. Bailey
   JOHN R. BAILEY
   JOSHUA M. DICKEY
   PAUL C. WILLIAMS
*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees, Susan Reisinger, M.D. and Katherine Keeley, M.D., D.D.S.*

Dated this 5th Day of December, 2016

LAW OFFICES OF P. STERLING KERR

By: /s/ P. Sterling Kerr
   P. STERLING KERR
   Nevada Bar No. 3978
   2450 St. Rose Parkway, Suite 120
   Henderson, Nevada  89074
   Telephone: (702) 451-2055
   Facsimile: (702) 451-2077
   psklaw@aol.com

   AND

   BRYAN NADDAFI
   Nevada Bar No. 13004
   OLYMPIA LAW, P.C.
   9480 S. Eastern Avenue, Suite 257
   Las Vegas, Nevada  89123
   Telephone: (702) 522-6450
   bryan@olympialawpc.com

*Attorneys for Plaintiff Navneet Sharda, M.D.*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1

## ORDER

2      IT IS SO ORDERED:

3          The deadline for the Sunrise Defendants to file their responses to the First Amended

4  Complaint (ECF No. 11) is hereby extended to December 16, 2016.

5

6

7      GEORGE FOLEY, JR.

8      UNITED STATES MAGISTRATE JUDGE

9      Dated: December 6, 2016

10

11  Respectfully Submitted by:

12  BAILEY❖KENNEDY

13  By: /s/ John R. Bailey

        JOHN R. BAILEY
14      JOSHUA M. DICKEY
        PAUL C. WILLIAMS
15  *Attorneys for Defendants Sunrise Hospital and
    Medical Center, LLC, including its Board of*
16  *Trustees, Susan Reisinger, M.D. and Katherine
    Keeley, M.D., D.D.S.*
17

18

19

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820