JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY✥KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees, Susan Reisinger, M.D. and Katherine Keeley, M.D., D.D.S.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NAVNEET SHARDA, M.D., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:16-cv-02233-JCM-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS SUNRISE HOSPITAL AND MEDICAL CENTER, LLC'S, SUSAN REISINGER, M.D.'S, AND KATHERINE KEELEY, M.D., D.D.S.'S DEADLINES TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**[THIRD REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff Navneet Sharda, M.D. ("Plaintiff") and Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees ("Sunrise Hospital"), Susan Reisinger, M.D. ("Dr. Reisinger"), and Katherine Keeley, M.D., D.D.S. ("Dr. Keeley") (collectively the "Sunrise Defendants") hereby stipulate and agree as follows:

1. On November 15, 2016, Plaintiff filed his First Amended Complaint (ECF No. 11).

2. On December 6, 2016, the Court granted the Parties' Stipulation and Order extending the Sunrise Defendants' deadline to file their response to the First Amended Complaint to December 16, 2016.  (*See* ECF No. 26.)

3. On December 12, 2016, the Court granted the Parties' Stipulation and Order extending the Sunrise Defendants' deadline to file their response to the First Amended Complaint to December 23, 2016.  (*See* ECF No. 30.)

4. The Parties hereby stipulate and agree to extend the time allowed for the Sunrise Defendants to file their response to the First Amended Complaint to December 30, 2016.  The reason for this request is to accommodate the schedules of counsel for the Sunrise Defendants.

5. The Parties further hereby stipulate and agree to extend the time allowed for Plaintiff to file his opposition (if necessary) to Defendants' response to the First Amended Complaint to January 20, 2017.

| | |
|---|---|
| Dated this 20th Day of December, 2016 | Dated this 20th Day of December, 2016 |
| BAILEY❖KENNEDY | LAW OFFICES OF P. STERLING KERR |
| By: /s/ Paul C. Williams<br>　　JOHN R. BAILEY<br>　　JOSHUA M. DICKEY<br>　　PAUL C. WILLIAMS<br>*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees, Susan Reisinger, M.D. and Katherine Keeley, M.D., D.D.S.* | By: /s/ P. Sterling Kerr<br>　　P. STERLING KERR<br>　　Nevada Bar No. 3978<br>　　2450 St. Rose Parkway, Suite 120<br>　　Henderson, Nevada  89074<br>　　Telephone: (702) 451-2055<br>　　Facsimile: (702) 451-2077<br>　　psklaw@aol.com<br><br>AND<br><br>BRYAN NADDAFI<br>Nevada Bar No. 13004<br>OLYMPIA LAW, P.C.<br>9480 S. Eastern Avenue, Suite 257<br>Las Vegas, Nevada  89123<br>Telephone: (702) 522-6450<br>bryan@olympialawpc.com<br>*Attorneys for Plaintiff Navneet Sharda, M.D.* |

**ORDER**

IT IS SO ORDERED:

The deadline for the Sunrise Defendants to file their response to the First Amended Complaint (ECF No. 11) is hereby extended to December 30, 2016. The deadline for Plaintiff to file his opposition (if necessary) to Defendants' response to the First Amended Complaint is hereby extended to January 20, 2017.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Dated: December 21, 2016

Respectfully Submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS

*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees, Susan Reisinger, M.D. and Katherine Keeley, M.D., D.D.S.*