P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com

BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite 257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVNEET SHARDA, M.D., an individual<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:16-cv-02233-JCM-GWF<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>[First Request] |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiff Navneet Sharda, M.D. ("Plaintiff") and Defendant Nevada State Board of Medical Examiners ("Defendant Examiners") hereby stipulate and agree as follows:

1. On December 9, 2016, Defendant Examiners filed their Motion to Dismiss First Amended Complaint (ECF No. 27).

2. Plaintiff's response to Defendant Examiners Motion to Dismiss First Amended Complaint is currently due on December 23, 2016.

3. The Parties hereby stipulate to extend the time allowed for Plaintiff to file his Opposition to Defendant Examiners Motion to Dismiss First Amended Complaint to December 29, 2016. The reason for this request is to accommodate the schedules of counsel for the Plaintiff.

4. The Parties hereby stipulate to a one (1) week extension for Defendant Examiners to file their reply above the initial time allowed based on the new Opposition date.

Dated this 22 day of December, 2016

Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
Therese M. Shanks, Esq. (SBN 12890)
ROBISON, BELAUSTEGUI, SHARP & LOW, P.C.
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151
Fax: (775) 329-7941
Email: msullivan@rbsllaw.com
bbreslow@rbsllaw.com

*Attorneys for Defendant Nevada State Board of Medical Examiners*

Dated this 22 day of December, 2016

LAW OFFICEWS OF P. STERLING KERR

/s/ P. Sterling Kerr
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com

AND

BRYAN NADDAFI, ESQ. (SBN 13004)
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite 257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERD:

The deadline for Plaintiff to file his opposition to Defendant Examiners Motion to Dismiss First Amended Complaint (ECF No. 27) is hereby extended to December 29, 2016. The deadline for Defendant Examiners to file their reply is hereby extended one (1) week based on the extended deadline for Plaintiff to file his Opposition.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 23, 2016

Respectfully Submitted By:

LAW OFFICES OF P. STERLING KERR

By: ___/s/P. Sterling Kerr___

P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com

BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite 257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*