1    JOHN R. BAILEY
     Nevada Bar No. 0137
2    JOSHUA M. DICKEY
     Nevada Bar No. 6621
3    PAUL C. WILLIAMS
     Nevada Bar No. 12524
4
     **BAILEY❖KENNEDY**
5    8984 Spanish Ridge Avenue
     Las Vegas, Nevada 89148-1302
6    Telephone:  702.562.8820
     Facsimile:  702.562.8821
7    JBailey@BaileyKennedy.com
     JDickey@BaileyKennedy.com
8    PWilliams@BaileyKennedy.com

9
     *Attorneys for Defendants Sunrise Hospital and*
10   *Medical Center, LLC (including its Board of*
     *Trustees), Susan Reisinger, M.D., and*
11   *Katherine Keeley, M.D., D.D.S.*

12

13                      UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
14

15   NAVNEET SHARDA, M.D., an Individual,        Case No.  2:16-cv-02233-JCM-GWF

16                    Plaintiff,                 **UNOPPOSED MOTION TO:**

17           vs.
                                                 **(1) REDACT DEFENDANTS SUNRISE**
18                                               **HOSPITAL AND MEDICAL CENTER, LLC**
     SUNRISE HOSPITAL AND MEDICAL                **(INCLUDING ITS BOARD OF TRUSTEES),**
19   CENTER, LLC, a foreign limited liability    **SUSAN REISINGER, M.D., AND KATHERINE**
     company; THE BOARD OF TRUSTEES OF           **KEELEY, M.D., D.D.S.'S MOTION TO**
20   SUNRISE HOSPITAL; SUSAN REISINGER, an       **DISMISS; AND**
     individual; DIPAK DESAI, an individual;
21   NEVADA STATE BOARD OF MEDICAL               **(2) SEAL EXHIBITS C THROUGH N TO THE**
     EXAMINERS; KATHERINE KEELEY, an             **MOTION TO DISMISS**
22   individual; DOE Individuals I through X; and
     ROE CORPORATIONS and
23   ORGANIZATIONS I through X, inclusive,
24
                      Defendants.
25

26

27          Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LR IA 10-5, Defendants

28   Sunrise Hospital and Medical Center, LLC (including its Board of Trustees) ("Sunrise Hospital"),

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1  Susan Reisinger, M.D. ("Dr. Reisinger"), and Katherine Keeley, M.D., D.D.S. ("Dr. Keeley")

2  (collectively, the "Sunrise Defendants") hereby move this Court for an Order permitting them to

3  redact their Motion to Dismiss (the "Motion to Dismiss") and to file Exhibits C through N under seal

4  (the "Motion to Seal").   Compelling reasons exist to redact the Motion to Dismiss and file Exhibits

5  C through N under seal because they contain peer review materials immune from disclosure (by

6  third parties) pursuant to NRS 49.119 and NRS 49.265.

7          Neither Plaintiff Navneet Sharda, M.D. ("Dr. Sharda") nor Defendant Nevada State Board of

8  Medical Examiners (the "Board of Medical Examiners") oppose the Motion to Seal.

9          This Motion to Seal is made and based on the papers and pleadings on file, the following

10  Memorandum of Points and Authorities and any oral argument as may be heard by the Court.

11          DATED this 30th day of December, 2016.

12                                        BAILEY❖KENNEDY

13                                        By: /s/ John R. Bailey
                                              JOHN R. BAILEY
14                                            JOSHUA M. DICKEY
                                              PAUL C. WILLIAMS
15                                        *Attorneys for Defendants Sunrise Hospital and*
                                          *Medical Center, LLC (including its Board of*
16                                        *Trustees), Susan Reisinger, M.D., and Katherine*
                                          *Keeley, M.D., D.D.S.*

17

18

19

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**MEMORANDUM OF POINTS AND AUTHORITIES**

1

2          Pursuant to Federal Rule of Civil Procedure 5.2(d), "[t]he court may order that a filing be

3    made under seal without redaction."  "[A]lthough the common law creates a strong presumption in

4    favor of access, the presumption can be overcome by sufficiently important countervailing interests."

5    *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999).  Two standards

6    generally govern motions to seal documents and redact briefs.  *Pintos v. Pac. Creditors Ass'n.*, 605

7    F.3d 665, 677 (9th Cir. 2010) (describing the "good cause" and "compelling reasons" standards).  A

8    compelling reasons standard applies to records attached to dispositive motions.  *Kamakana v. City &*

9    *Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  Compelling reasons exist "when such court

10   files might have become a vehicle for improper purposes, such as the use of records to gratify private

11   spite, promote public scandal, circulate libelous statements, or release trade secrets."  *Id. at* 1179.

12   (internal quotation marks omitted).

13          Under Nevada law, a "review committee has a privilege to refuse to disclose and to prevent any

14   other person from disclosing its proceedings and records and testimony given before it."  NRS 49.119;

15   *see also* NRS 49.265(1) (stating that proceedings and records of peer review committees of hospitals "are

16   not subject to discovery proceedings.").

17          Here, Exhibits C through N to the Motion to Dismiss are documents containing information

18   that are part of an ongoing peer review process of Sunrise Hospital.  Additionally, the Reply Brief

19   quotes portions of Exhibits C through N.  Thus, the documents—and the quotations of the

20   documents in the Motion to Dismiss—are privileged pursuant to NRS 49.119 and NRS 49.265

21   and/or otherwise contain confidential records.  Moreover, Sunrise Hospital has a compelling privacy

22   interest in ensuring the confidential nature of the peer review proceedings.

23          Because Exhibits C through N to the Motion to Dismiss and the quotations thereof are

24   privileged pursuant to NRS 49.119 and NRS 49.265 and/or otherwise contain confidential records,

25   the Sunrise Defendants have a compelling reason in maintaining the confidentiality of the peer

26   review proceedings which outweighs the public interest in access to Court records.  *Kamakana*, 447

27   F.3d at 1179-80.  The Motion to Seal is unopposed by Dr. Sharda and the Board of Medical

28   Examiners.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    Accordingly, the Sunrise Defendants respectfully request that the Court order that Exhibits C

2  through N to the Motion to Dismiss remain under seal and that the quotations of Exhibits C through

3  N remain redacted in the publicly-filed copy of the Motion to Dismiss.  *See* Fed. R. Civ. P. 5.2(d);

4  *Kamakana*, 447 F.3d at 1179-80.

5    DATED this 30th day of December, 2016.

6                                                         BAILEY❖KENNEDY

7                                                         By:  /s/ John R. Bailey
                                                              JOHN R. BAILEY
8                                                             JOSHUA M. DICKEY
                                                              PAUL C. WILLIAMS
9                                                        *Attorneys for Defendants Sunrise Hospital and*
                                                         *Medical Center, LLC (including its Board of*
10                                                       *Trustees), Susan Reisinger, M.D., and Katherine*
                                                         *Keeley, M.D., D.D.S.*
11

12

13  IT IS SO ORDERED:

14    Exhibits C through N to the Motion to Dismiss are to remain under seal and the quotations of

15  Exhibits C through N are to remain redacted in the publicly-filed copy of the Motion to Dismiss.

16

17

18

19  UNITED STATES MAGISTRATE JUDGE

20  DATED:  January 3, 2017

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Page 4 of 5

**BAILEY❖KENNEDY**
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1  | **CERTIFICATE OF SERVICE**

2  |     I certify that I am an employee of BAILEY❖KENNEDY and that on the 30th day of

3  | December, 2016, service of the foregoing Unopposed Motion to: (1) Redact Defendants Sunrise

4  | Hospital and Medical Center, LLC (Including its Board of Trustees), Susan Reisinger, M.D., and

5  | Katherine Keeley, M.D., D.D.S.'s Motion to Dismiss; and (2) Seal Exhibits C through N to the

6  | Motion to Dismiss was made by mandatory electronic service through the United States District

7  | Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first

8  | class postage prepaid, and addressed to the following at their last known address:

9  |     P. STERLING KERR, ESQ.                     Email:  psklaw@aol.com
    **LAW OFFICES OF P. STERLING KERR**

10 |     2450 St. Rose Parkway                *Attorneys for Plaintiff*
    Suite 120                             *Navneet Sharda, M.D.*

11 |     Henderson, Nevada 89074

12 |

13 |     BRYAN NADDAFI, ESQ.            Email:  bryan@olympialawpc.com
    OLYMPIA LAW, P.C.

14 |     9480 S. Eastern Avenue              *Attorneys for Plaintiff*
    Suite 257                             *Navneet Sharda, M.D.*

15 |     Las Vegas, Nevada  89123

16 |

17 |

18 |                                             /s/ Sharon Murnane
                                  Employee of BAILEY❖KENNEDY

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |