P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com

BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite 257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVNEET SHARDA, M.D., an individual<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:16-cv-02233-JCM-GWF<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFFS SUNRISE HOSPITAL AND MEDICAL CENTER, LLC's; SUSAN REISINGER, M.D.'s, and KATHERINE KEELEY, M.D., D.D.S.'s DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**[First Request]** |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiff Navneet Sharda, M.D. ("Plaintiff") and

Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees

LAW OFFICES OF P. STERLING KERR
ATTORNEYS AT LAW
2450 St. Rose Parkway, Suite 120, Henderson, Nevada 89074
Telephone (702) 451-2055 Facsimile (702) 451-2077

1    ("Sunrise Hospital"), Susan Reisinger, M.D. ("Dr. Reisinger"), and Katherine Kelley, M.D.,
2    D.D.S. (Dr. Kelley") (collectively the "Sunrise Defendants") hereby stipulate to extend
3    Plaintiffs response time to respond to Sunrise Defendants' Motion to Dismiss filed on
4    December 30, 2016 and agree as follows:

5        1.    On November 15, 2016, Plaintiff field his First Amended Complaint (ECF No.
6    11).

7        2.    On December 6, 2016, the Court granted the Parties' Stipulation and Order
8    extending the Sunrise Defendants' deadline to file their response to the First Amended
9    Complaint to December 16, 2016, *(See* ECF No. 26.)

10       3.    On December 12, 2016, the Court granted Parties' Stipulation and Order
11   extending the Sunrise Defendants' deadline to file their response to the First Amended
12   Complaint to December 23, 2016. (*See* ECF No. 30.)

13       4.    On December 21, 2016, The Court granted Parties' Stipulation and Order
14   extending the Sunrise Defendants' deadline to file their response to the First Amended
15   Complaint to December 30, 2016 and to extend the time allowed for Plaintiff to file his
16   opposition to Defendants' response to the First Amended Complaint to January 20, 2017. (See
17   ECF No. 32.)

18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

5.     The Parties hereby stipulate and agree to extend the time allowed for Plaintiff to file his opposition to Sunrise Defendants Motion to Dismiss to February 16, 2017.  The reason for this request is to accommodate the schedules of counsel for Plaintiff.

Dated this \\ day of January, 2017        Dated this \\ day of January, 2017

BAILEY KENNEDY               LAW OFFICES OF P. STERLING KERR

    /s/ Paul C. Williams                /s/ P. Sterling Kerr
JOHN R. BAILEY, ESQ. (SBN 0137)      P. STERLING KERR, ESQ. (SBN 3978)
JOSHUA M. DICKEY, ESQ. (SBN 6621)   TAYLOR SIMPSON, ESQ. (SBN13956
PAUL C. WILLIAMS ESQ. (SBN 12524)  2450 St. Rose Parkway, Suite 120
8984 Spanish Ridge Avenue            Henderson, Nevada 89074
Las Vegas, NV 89148-1302             Telephone No. (702) 451–2055
Telephone: (702)562-8820             Facsimile No. (702) 451-2077
Facsimile No: (702)562-8821           *Attorney for Plaintiff*
*Attorneys for Defendants Sunrise Hospital*
*And Medical Center, LLC, including*
*Its Board of Trustees, Susan Reisinger, M.D.*
*And Katherine Keeley, M.D., D.D.S.*

AND
BRYAN NADDAFI, ESQ. (SBN 13004)
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite 257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERD:

The deadline for Plaintiff to file his opposition to Sunrise Defendants Motion to

Dismiss First Amended Complaint (ECF No. 35) is hereby extended to February 16, 2017.


*James C. Mahan*

UNITED STATES DISTRICT JUDGE


Dated: _January 12, 2017_


Respectfully Submitted By:

LAW OFFICES OF P. STERLING KERR


By: ___/s/P. Sterling Kerr_____

P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com

BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite 257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*