BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite #257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVNEET SHARDA, M.D., an individual | Case No.: 2:16-cv-02233-JCM-GWF |
| Plaintiff, | |
| vs. | |
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive. | |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER TO DISMISS NEVADA STATE BOARD OF MEDICAL EXAMINERS WITH PREJUDICE**

Pursuant to LR 7-1, Plaintiff Navneet Sharda, M.D. ("Sharda"), and Nevada State Board of Medical Examiners ("Board") hereby submit this stipulation and proposed order.

1. Sharda moves to dismiss Board from this case with prejudice.

2. That Sharda and Board shall bear their own attorney fees and costs.

\\

- 1 -

3.  This stipulation applies only to defendant Board.

WHEREFORE, Sharda and Board jointly request an order dismissing Board from this case with prejudice and that the parties shall bear their own attorney fees and costs.

DATED this 10th day of January 2017.

OLYMPIA LAW, P.C.

 /s/ BRYAN NADDAFI
BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
9480 S. Eastern Avenue, Suite #257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*

DATED this 10th day of January 2017.

ROBISON, BELAUSTEGUI, SHARP & LOW

 /s/ BARRY BRESLOW
BARRY L. BRESLOW, ESQ.
Nevada Bar No. 3023
71 Washington Street
Reno, Nevada 89503
Telephone No. (775) 329-3151
Email: bbreslow@rbsllaw.com
*Attorneys for Defendant Nevada State Board of Medical Examiners*

DATED this 10th day of January 2017.

LAW OFFICES OF P. STERLING KERR

  /s/ STERLING KERR
P. STERLING KERR.
Nevada Bar No. 003978
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Email: psklaw@aol.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

Defendant Nevada State Board of Medical Examiners is dismissed from this action with prejudice and that the parties shall bear their own attorney fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED January 12, 2017.

Respectfully Submitted by:

/s/ BRYAN NADDAFI
_____
BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite #257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff*

- 3 -