JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees, Susan Reisinger, M.D. and Katherine Keeley, M.D., D.D.S.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NAVNEET SHARDA, M.D., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02233-JCM-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, SUSAN REISINGER, M.D., AND KATHERINE KEELEY, M.D., D.D.S.'S DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff Navneet Sharda, M.D. ("Plaintiff") and Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees ("Sunrise Hospital"), Susan Reisinger, M.D. ("Dr. Reisinger"), and Katherine Keeley, M.D., D.D.S. ("Dr. Keeley") (collectively the "Sunrise Defendants") hereby stipulate and agree as follows:

1.      On December 30, 2016, the Sunrise Defendants filed their Motion to Dismiss. (*See* ECF No. 35.)

2.      On December 6, 2016, the Court granted the Parties' Stipulation and Order extending Plaintiff's deadline to file his response to the Motion to Dismiss from January 20, 2017 to February 16, 2017. (*See* ECF No. 44.)

3.      On February 16, 2017, Plaintiff filed his Response to the Motion to Dismiss. (*See* ECF No. 46.)

4.      The Parties hereby stipulate and agree to extend the time allowed for the Sunrise Defendants to file their reply brief in support of their Motion to Dismiss from February 23, 2017 to March 3, 2017. The reason for this request is to accommodate the schedules of counsel for the Sunrise Defendants.

Dated this 22nd Day of February, 2017

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees, Susan Reisinger, M.D. and Katherine Keeley, M.D., D.D.S.*

Dated this 22nd Day of February, 2017

LAW OFFICES OF P. STERLING KERR

By: /s/ P. Sterling Kerr
    P. STERLING KERR
    Nevada Bar No. 3978
    2450 St. Rose Parkway, Suite 120
    Henderson, Nevada 89074
    Telephone: (702) 451-2055
    Facsimile: (702) 451-2077
    psklaw@aol.com

AND

BRYAN NADDAFI
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite 257
Las Vegas, Nevada 89123
Telephone: (702) 522-6450
bryan@olympialawpc.com
*Attorneys for Plaintiff Navneet Sharda, M.D.*

**ORDER**

IT IS SO ORDERED:

The deadline for the Sunrise Defendants to file their reply brief in support of their Motion to Dismiss (ECF No. 35) is hereby extended from February 23, 2017 to March 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 22, 2017

Respectfully Submitted by:

BAILEY✦KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC, including its Board of Trustees, Susan Reisinger, M.D. and Katherine Keeley, M.D., D.D.S.*