UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAVNEET SHARDA, M.D., | Case No. 2:16-CV-2233 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, et al., | |
| Defendant(s). | |

Presently before the court is *Sharda v. Sunrise Hsopital and Medical Center, LLC et al*, case number 2:16-cv-02233-JCM-GWF.

On December 30, 2016, defendants' Board of Trustees of Sunrise Hospital, Katherine Keeley, Susan Reisinger, and Sunrise Hospital Medical Center, LLC filed two motions to dismiss. The motions are identical, except for the fact that the first filing is unsealed and contains redacted language and exhibits, (ECF No. 35), whereas the second filing is sealed and un-redacted, (ECF No. 36).

On July 3, 2017, the court granted defendants' motion to dismiss (ECF No. 35) as to all claims except tortious interference and breach of contract. (ECF No. 58). Therefore, defendants' second motion to dismiss (ECF No. 36) is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (ECF No. 36) be, and the same hereby is, DENIED as moot.

DATED October 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge