PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012
(702) 383-0701 - facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NAVNEET SHARDA, M.D., an individual,

Plaintiff,

vs.

CASE NO. 2:16-CV-2233-JCM-GWF

SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive,

Defendants.

## SUBSTITUTION OF ATTORNEYS

Plaintiff, NAVNEET SHARDA, M.D., hereby substitutes PETER M. ANGULO, ESQ., of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, as his counsel in the above-entitled action in the place and stead of P. STERLING, KERR, ESQ., of the LAW OFFICES OF P. STERLING KERR.

DATED this 23 day of January, 2018.

By _____
NAVNEET SHARDA, M.D.

I HEREBY CONSENT to the substitution of PETER M. ANGULO, ESQ. and the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, as counsel for the Plaintiff, NAVNEET SHARDA, M.D., in the above-entitled action in my place and stead.

DATED this 29th day of January, 2018.

LAW OFFICES OF P. STERLING KERR

By /s/ P. Sterling Kerr
P. STERLING KERR, ESQ.
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Attorneys for Plaintiff

I HEREBY AGREE to be substituted in the place and stead of P. STERLING KERR, ESQ. and the LAW OFFICES OF P. STERLING KERR, in the above-entitled action as attorney for the Plaintiff, NAVNEET SHARDA, M.D.

DATED this 23 day of January, 2018.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

IT IS SO ORDERED this 30th day of January, 2018.

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE