# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NAVEET SHARDA, | |
| Plaintiff, | Case No. 2:16-cv-02233-JCM-GWF |
| vs. | **ORDER** |
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, *et al.*, | |
| Defendants. | |

The Court has received the parties' proposed Discovery Plan and Scheduling Order (ECF No. 70). LR 26-1(e)(1) provides that unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review. LR 26-1(d) states that if longer deadlines are sought, the plan shall state on its face "SPECIAL SCHEDULING REVIEW REQUESTED." Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply.

Here, the parties' proposed plan does not comply with LR 26-1(d) nor does it provide the Court with sufficient information to justify a one year discovery period. Accordingly,

**IT IS HEREBY ORDERED** that the parties' proposed Discovery Plan and Scheduling Order (ECF No. 70) is **denied** without prejudice.

DATED this 1st day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge