HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 So. Casino Center Blvd.
Las Vegas Nevada 89104
Telephone: (702) 382-1714
Email: harold@gewerterlaw.com
*Attorneys for Plaintiff*
*Navneet Sharda, M.D.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NAVNEET SHARDA, M.D., an Individual, Plaintiff, | Case No.: 2:16-cv-02233-JCM-EJY |
| vs. | |
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive, Defendants. | |

## SUBSTITUTION OF ATTORNEY

Plaintiff, NAVNEET SHARDA, M.D., hereby substitutes HAROLD P. GEWERTER,

ESQ., of HAROLD P. GEWERTER, ESQ, as attorney of record in place and stead of

PETER M. ANGULO, ESQ., of the law firm of MOUNTAIN VISTA LAW GROUP, LLC.

Dated this ⌐ day of ⌐June⌐, 2020.

_____
NAVNEET SHARDA, M.D.

- 1 -

Dated this 3 day of January, 2020.

PETER M. ANGULO, ESQ.
MOUNTAIN VISTA LAW GROUP, LLC

I am duly admitted to practice in this District.

Above substitution accepted. I am retained Counsel.

Dated this 6 day of January 2020.

HAROLD P. GEWERTER, ESQ.
HAROLD P. GEWERTER, ESQ., LTD.

Approved:

United States Magistrate Judge

Dated: January 7, 2020