UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NAVNEET SHARDA, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02233-JCM-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Attorney of Record and Request for Extension of Time (ECF No. 131) filed by Plaintiff's Counsel. In the Motion, Counsel states he is suffering from a medical condition that will not allow him to continue his representation of Plaintiff. Counsel also explains that he has received a one year suspension from the State Bar of Nevada. Plaintiff represents that he seeks a 90 day stay of proceedings to allow him time to retain new counsel who will also need time to review the case. The Court finds there is an appropriate reason to grant Plaintiff and his counsel's requests without delay.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney of Record and Request for Extension of Time (ECF No. 131) is GRANTED.

IT IS FURTHER ORDERED that all discovery dates are stayed in this action for a ninety (90) day period measured from the first day following the date of this Order.

IT IS FURTHER ORDERED that the parties shall submit a status report and proposed discovery plan and scheduling order addressing the remainder of discovery to be concluded, the dispositive motion deadlines, and the joint pretrial order due date no later than ten (10) days after the stay expires.

Dated this 21st day of January, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE