UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NAVNEET SHARDA, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited liability company; THE BOARD OF TRUSTEES OF SUNRISE HOSPITAL; SUSAN REISINGER, an individual; DIPAK DESAI, an individual; NEVADA STATE BOARD OF MEDICAL EXAMINERS; KATHERINE KEELEY, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02233-JCM-EJY<br><br>**ORDER GRANTING MOTION TO COMPEL<br>AND<br>ORDER TO SHOW CAUSE RE AWARD OF ATTORNEY'S FEES AND COSTS** |

Pending before the Court is Defendants' Motion to Compel Plaintiff's Responses to First Set of Requests for Production and First Set of Interrogatories (ECF No. 139). No timely response to this Motion was filed.

Under United States District Court for the District of Nevada Local Rule 7-2(d) "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Here, Plaintiff has not responded to Defendants' Motion to Compel and for that reason alone Defendants' Motion is granted.

Further, the Motion demonstrates that Defendants made substantial efforts to obtain responses to discovery requests served on December 27, 2019, prior to bringing their Motion. ECF No. 139 at 4-5. Numerous letters were sent and extensions were granted. *Id*. As of June 29, 2021, no responses to discovery were received. These undisputed facts further support granting Defendants' Motion to Compel.

With respect to Defendants' Motion for Attorney's Fees, the Court finds that Fed. R. Civ. P. Rule 37(a)(4) supports the award. However, Rule 37(a)(5) provides, in pertinent part, that if a motion

1

| | |
|---|---|
| 1 | to compel is granted "the court must, after giving an opportunity to be heard, require the party … |
| 2 | whose conduct necessitated the motion … to pay the movant's reasonable expenses incurred in |
| 3 | making the motion, including attorney's fees." |
| 4 | Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Compel Plaintiff's |
| 5 | Responses to First Set of Requests for Production and First Set of Interrogatories (ECF No. 139) is |
| 6 | GRANTED. |
| 7 | IT IS FURTHER ORDERED that Plaintiff shall respond to Defendants' Interrogatories and |
| 8 | Requests for Production within 14 days of the date of this Order. Plaintiff is advised that failure to |
| 9 | abide by the terms of this Order may result in additional sanctions up to and including striking of his |
| 10 | Complaint. |
| 11 | IT IS FURTHER ORDERED that Plaintiff shall <u>show cause</u> in writing no later than July 30, |
| 12 | 2021 why attorney's fees and costs incurred by Defendants related to bringing and filing their Motion |
| 13 | to Compel should not be awarded. |
| 14 | IT IS FURTHER ORDERED that if Plaintiff fails to file a response to this Order to Show |
| 15 | Cause, Defendants may file a notice regarding the same, together with a memorandum of fees and |
| 16 | costs, detailing the activities, hours spent (in tenths of hours), and the rate charged by each attorney |
| 17 | who worked on the Motion. Appropriate redactions from billing records for attorney client privilege |
| 18 | and or work product may be made for the public filing with non-redacted copies of such records |
| 19 | filed under seal. Defendants' notice and memorandum must be filed within 21 days of the date of |
| 20 | this Order. Plaintiff shall have 14 days to file a response, if any is desired. No reply shall be |
| 21 | permitted by Defendants. |
| 22 | Dated this 16th day of July, 2021. |

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE